1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                              AT SEATTLE

7

RANDOLPH B.Q. FRANKLIN,                 Civil No. C11-CV-1615-MJP-MAT
8
           Plaintiff,
9
           v.                           [Proposed] ORDER AMENDING THE
                                        BRIEFING SCHEDULE
10
MICHAEL J. ASTRUE,
11  Commissioner of Social Security,

12         Defendant.

13         Based on the Plaintiff's Motion to Amend the Briefing Schedule and Defendant's

14  concurrence with the proposal, it is hereby ORDERED the Briefing Schedule shall be amended

15  as follows:

16         Plaintiff's Opening Brief: Due by February 10, 2012;

17         Defendant's Responsive Brief: Due by March 9, 2012; and

18         Plaintiff's Reply Brief: Due by March 23, 2012.

19         DATED this 25th day of January, 2012.

20

21                                      _____
                                        Mary Alice Theiler
22                                      United States Magistrate Judge

23

24

Page 1      ORDER - [C11-1615-MJP-MAT]

1

2

Presented by:

3

Christopher H. Dellert
Dellert Baird Law Office, PLLP
P.O. Box 955
Port Orchard, WA   98366
Telephone:  (360) 509-9350
FAX:  (253) 383-3673
Dellert.Law.Office@gmail.com

4

5

6

7

Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Page 2        ORDER - [C11-1615-MJP-MAT]