IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| RANDOLPH B.Q. FRANKLIN, | Civil No. C11-CV-1615-MJP-MAT |
|---|---|
| Plaintiff, | |
| v. | [~~Proposed~~] ORDER AMENDING THE BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the Plaintiff's Motion to Amend the Briefing Schedule and Defendant's concurrence with the proposal, it is hereby ORDERED the Briefing Schedule shall be amended as follows:

Plaintiff's Opening Brief: Due by February 10, 2012;

Defendant's Responsive Brief: Due by March 9, 2012; and

Plaintiff's Reply Brief: Due by March 23, 2012.

DATED this 25th day of January, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

Christopher H. Dellert
Dellert Baird Law Office, PLLP
P.O. Box 955
Port Orchard, WA   98366
Telephone:  (360) 509-9350
FAX:  (253) 383-3673
Dellert.Law.Office@gmail.com

Attorney for Plaintiff