IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDOLPH B.Q. FRANKLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. C11-1615-MJP-MAT<br><br>[~~Proposed~~] ORDER AMENDING THE BRIEFING SCHEDULE |

　　　　Based on the Plaintiff's Motion to Amend the Briefing Schedule and Defendant's concurrence with the proposal, it is hereby ORDERED the Briefing Schedule shall be amended as follows:

　　　　Plaintiff's Opening Brief: Due by February 17, 2012;

　　　　Defendant's Responsive Brief: Due by March 16, 2012; and

　　　　Plaintiff's Reply Brief: Due by March 30, 2012.

**This is the second extension granted to plaintiff for filing his Opening Brief. Consequently, the Court will not grant any additional extensions to plaintiff for either his Opening Brief or his optional Reply Brief, absent extraordinary circumstances.**

/ / /

/ / /

Page 1　　ORDER - [C11-1615-MJP-MAT]

DATED this 10th day of February, 2012

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

Christopher H. Dellert
Dellert Baird Law Office, PLLP
P.O. Box 955
Port Orchard, WA   98366
Telephone:  (360) 509-9350
FAX:  (253) 383-3673
Dellert.Law.Office@gmail.com

Attorney for Plaintiff